# Court of Appeals
# of the State of Georgia

ATLANTA,  June 02, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1914. EMILE T. PORTLOCK v. THE STATE.**

In March 2024, Emile Portlock pleaded guilty to aggravated sexual battery and two counts of statutory rape. In March 2025, Portlock filed a motion to vacate, set aside, or correct his sentence, which the trial court dismissed on April 14, 2025. Portlock filed a notice of appeal on May 16, 2025.

We lack jurisdiction because, whether or not a direct appeal is proper, this appeal is untimely. A notice of appeal must be filed within 30 days after entry of the order on appeal. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Davis v. State*, 330 Ga. App. 711, 711 (769 SE2d 133) (2015). Here, Portlock filed his notice of appeal 32 days after entry of the order he seeks to appeal. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  06/02/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.